# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KARMIEC MURRAY,

    Plaintiff,

v.                                          Case No: 8:20-cv-218-CEH-CPT

CAPIO PARTNERS LLC, CF
MEDICAL LLC and JOHN DOES 1-25,

    Defendants.
_____/

## ORDER

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on November 20, 2020, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 43). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.     This action is dismissed, with prejudice.

2.     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 15, 2022.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any